UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: _____ |
| v. | : VIOLATION: |
| JAMES E. CARTWRIGHT, | : 18 U.S.C. § 1001 |
| Defendant. | : (False Statements to Federal Investigators) |

## INFORMATION

The Special Attorney to the Attorney General charges that:

## COUNT ONE

1. On or about November 2, 2012, in the District of Columbia and elsewhere, the defendant,

**JAMES E. CARTWRIGHT,**

in a matter within the jurisdiction of the executive branch of the Government of the United States, namely the United States Department of Justice's Federal Bureau of Investigation, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, to wit,

   a. After investigators showed Cartwright a list of quotes and statements from David Sanger's book, a number of which contained classified information, Cartwright falsely told investigators that he was not the source of any of the quotes and statements. Cartwright also falsely told investigators that he did not provide or confirm classified information to David Sanger.

b. Cartwright falsely told investigators that he never discussed Country 1 with Daniel Klaidman when in truth Cartwright had confirmed certain classified information relating to Country 1 in an email he sent to Daniel Klaidman.

**(False Statements to Federal Investigators,** in violation of Title 18, United States Code, Section 1001(a)(2).)

Respectfully submitted,

ROD J. ROSENSTEIN
United States Attorney for the District of Maryland
Special Attorney to the Attorney General

By: _____
Leo J. Wise
Assistant United States Attorney
Special Attorney to the Attorney General
Elizabeth Cannon

Trial Attorney
National Security Division