CO 526 Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**

**OCT 1 7 2016**

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )  Criminal Case No.: 16-CR-00188 (RJL) |
| | ) |
| JAMES E. CARTWRIGHT | ) |
| | ) |
| | ) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Gregory B. Craig
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____         Date: October 17, 2016
United States District Judge

Richard J. Leon