U.S. Department of Justice
United States Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA     :

:

V.     Case No. 16-CR-188

:

JAMES E. CARTWRIGHT

:

**FILED**
OCT 17 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

<u>O R D E R</u>

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the ____17th____ day of __October_____ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on October 17, 2016 by _____Francis Morgan_____ to the Central Cell Block of the Metropolitan Police Department and to the United States Marshal's Office and to _____

_____ for "routine processing," and that this be a condition of being released on bond :

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Honorable Richard J. Leon
United States District
Court for the District of
Columbia