***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF COLUMBIA***

UNITED STATES OF AMERICA

v.

JAMES E. CARTWRIGHT

CASE NO.: 1:16-cr-188-RJL

**EXHIBIT 4 TO THE SENTENCING MEMORANDUM ON BEHALF OF JAMES E. CARTWRIGHT**

**FILED UNDER SEAL**

Gregory B. Craig
Clifford M. Sloan
Brendan B. Gants
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005