# Attachment 1

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
### 1440 NEW YORK AVENUE, N.W.
### WASHINGTON, D.C. 20005-2111

TEL: (202) 371-7000
FAX: (202) 393-5760
www.skadden.com

DIRECT DIAL
202-371-7400
DIRECT FAX
202-661-9100
EMAIL ADDRESS
GCRAIG@SKADDEN.COM

FIRM/AFFILIATE
OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

<u>Statement from Gregory Craig, attorney for General James Cartwright, USCM (ret.)</u>

General Cartwright has spent his whole life putting the national interest first.

That's why he talked to the reporters in the first place - to protect American interests and lives in a story they had already written. In his conversations with these two reporters, General Cartwright was engaged in a well-known and understood practice of attempting to save national secrets, not disclosing classified information. His effort to prevent publication of information that might harm American lives or national security does not constitute a violation of any law.

General Cartwright's offense was in statements he made to FBI agents investigating a leak – and that is the entire basis for his plea.

Contact: Ricki Seidman, rseidman@tsd.biz or Eric London, elondon@tsd.biz – 202-986-0033