Filed with the Classified
IN THE UNITED STATES DISTRICT COURT Information S...
FOR THE DISTRICT OF COLUMBIA          CISO
                                       Date

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | No. 16-CR-188 |
| | ) | |
| v. | ) | **UNDER SEAL** |
| | ) | |
| **JAMES E. CARTWRIGHT,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## _____) CLASSIFIED ADDENDUM TO UNITED STATES MEMORANDUM IN AID OF SENTENCING