**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

U.S.A. vs. CARTWRIGHT, James E. Docket No.: 1:16CR00188-001

---

THE COURT ORDERS:

Pursuant to an Executive Grant of Clemency signed by President Barack Obama, dated January 17, 2017, Mr. Cartwright is pardoned for the offense charged in the Information filed under the above-referenced docket number in the United States District Court for the District of Columbia and for all offenses committed by him arising from the facts set forth in the Information and Statement of Offense filed under that docket number.

Richard J. Leon
Richard J. Leon
United States District Judge

1/25/17
Date

FILED
JAN 25 2017
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia